**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. _____ |
| v. | |
| PHANUEL MAKONI (1) | **3-15CR-479-L** |

## INDICTMENT

The Grand Jury Charges:

### Count One
Receipt of Stolen Public Money and Aiding & Abetting
(Violation of 18 U.S.C. §§ 641 and 2)

On or about May 16, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **Phanuel Makoni,** did willfully and knowingly receive, conceal and retain, and cause to be received, concealed and retained, stolen property of the United States, that is, cash, of a value in excess of $1000.00, which represented the proceeds of a fraudulently obtained tax refund resulting from the electronic filing, with the Internal Revenue Service, on April; 27, 2015, of a bogus 2014 federal income tax return, Form 1040, in the name of taxpayer L.K., then knowing said property to have been stolen, and with intent to convert said property to his own use.

In violation of 18 U.S.C. §§ 641 and 2.

Indictment - Page 1

## FORFEITURE NOTICE
(18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, upon conviction for the offense alleged in Count One, any property constituting or derived from proceeds of said offense, and received by defendant **Phanuel Makoni,** directly or indirectly, shall be forfeited to the United States.

If any of the above property subject to forfeiture, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States of America to seek forfeiture of any other property of the defendants up to the value of the above described property subject to forfeiture.

In violation of 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461.

A TRUE BILL

*[signature]*
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

*[signature]*
JOSEPH M. REVESZ
Assistant United States Attorney
Texas Bar No. 16792700
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8664
Facsimile: 214-659-8812
Email: joe.revesz@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

PHANUEL MAKONI

3-15CR-479-L

INDICTMENT

18 U.S.C. §§ 641 and 2
Receipt of Stolen Public Money and Aiding & Abetting

18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461
Forfeiture Notice

1 Count

A true bill rendered

_____  _____
DALLAS                                                              FOREPERSON

Filed in open court this 21st day of October 2015

_____
                                                                                                    Clerk
DEFENDANT DETAINED ON THE COMPLAINT IN MANSFIELD AS OF 9/23/2015

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
3:15-MJ-682-BN