ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:15-CR-0479-L |
| PHANUEL MAKONI (1) | |

## WAIVER OF INDICTMENT

Phanuel Makoni, defendant, who is accused of a violation of 18 U.S.C. § 1343, being wire fraud, being advised of the nature of the charges and the proposed felony information setting forth the same, states that he understands the following:

1. Makoni has the right to have his case presented to a federal grand jury.

2. The grand jury must consist of not more than 23 nor less than 16 citizens, 12 of whom must vote in favor of an indictment before such an indictment is returned or "true billed."

3. Makoni may waive or give up his right to have his case presented to the grand jury.

4. Makoni has discussed the right to waive or give up having his case presented to a grand jury with his lawyer and his lawyer has fully explained the consequences of waiving this right.

5. After consultation with counsel, Makoni knowingly and intelligently waives now and agrees to waive in open court his right to have his case presented to a federal grand jury, and consents that the prosecution may proceed by

information instead of by indictment.

SIGNED THIS 8th day of December, 2015.

_____
PHANUEL MAKONI
Defendant

_____
JEFFREY C. GRASS
Attorney for Defendant
Texas State Bar No. 00787581
101 E. Park Blvd. Suite 107
Plano, Texas 75201
Telephone: 972-422-9999
Facsimile: 972-423-2646
Email: jeff@grasslaw.com