IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | No. 3:15-CR-0479-L |
|---|---|
| v. | |
| PHANUEL MAKONI (1) | |

## SUPPLEMENT TO THE FACTUAL RĚSUMÉ

Phanuel Makoni, defendant, Jeffrey C. Grass, the defendant's attorney, and the United States of America (the government), agree that the facts set forth in the FACTUAL RĚSUMÉ filed herein on December 29, 2015 (Doc. 28) are true and correct.

AGREED TO AND SIGNED this 1st day of Feb, 2016.

_____
PHANUEL MAKONI
Defendant

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
JOSEPH M. REVESZ
Assistant United States Attorney
Texas State Bar No. 16792700
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Tel:   214.659.8664
Fax:   214.659.8812
Email:   joe.revesz@usdoj.gov

_____
JEFFREY C. GRASS
Attorney for Defendant
Texas State Bar No. 00787581