IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No.  3:15-CR-00479-L |
| v. | |
| PHANUEL MAKONI (1) | |

GOVERNMENT'S MOTION TO
CONTINUE SENTENCING HEARING

The United States of America hereby moves the Court to continue the sentencing hearing in this case, currently set for August 15, 2016, for at least one week for the following reasons:

On July 4, 2016, the defendant filed objections to the Presentence Investigation Report  (Doc. 45) which necessitate the government calling the case agent as a witness to testify to certain matters raised by said objections at the sentencing hearing.

The case agent, a special agent with Internal Revenue Service Criminal Investigation (IRSCI), is scheduled to attend mandatory identity theft training the week of August 15, 2016, and will not be available to testify that week.

Although a back-up case agent exists, she is not available to testify the week of August 15, 2016, because she is scheduled to be on regularly scheduled annual leave that week.

CONCLUSION

In view of the foregoing a continuance of the sentencing hearing for defendant Phanuel Makoni is respectfully requested.

                                          JOHN R. PARKER
                                        ACTING UNITED STATES ATTORNEY

                                        /s/ Joseph M. Revesz
                                        JOSEPH M. REVESZ
                                        Assistant United States Attorney
                                        Texas Bar No. 16792700
                                        1100 Commerce Street, Third Floor
                                        Dallas, TX  75242-1699
                                        Telephone:  214-659-8664
                                        Facsimile:  214-659-8812
                                        Email: joe.revesz@usdoj.gov

CERTIFICATE OF CONFERENCE

I hereby certify that on August 10, 2016, I attempted to confer with defendant's counsel, Jeffrey Grass, on the foregoing motion and was unable to reach him by email or telephone.

                                        s/ Joseph M. Revesz
                                        JOSEPH M.  REVESZ

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, I electronically filed the foregoing document with the clerk of the court for the United States District Court for the Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the authorized attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                        s/ Joseph M. Revesz
                                        JOSEPH M.  REVESZ